IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23CR266 |
|---|---|---|
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| ORIN FRANCE, | ) | <u>MOTION TO TRANSFER RELATED CASE TO THE DOCKET OF JUDGE FLEMING</u> |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Segev Phillips, Assistant United States Attorney, and moves this Court for an order, pursuant to Local Rule 57.9(b)(3), reassigning this case to the docket of Judge Charles Esque Fleming.  This motion is made as Case Number 1:23CR156, <u>United States v. Edwige Tahe</u>, is currently pending and is assigned to Judge Charles Esque Fleming.  This matter charges crimes that are part of the same course of conduct as those involved in Case Number 1:23CR156.  To allow for the expeditious administration of these cases, the government respectfully requests that the Court immediately enter an order transferring this matter to the docket of Judge Charles Esque Fleming.

WHEREFORE, the United States respectfully requests that this Court order the instant case transferred to the docket of Judge Charles Esque Fleming.

>Respectfully submitted,
>
>MICHELLE M. BAEPPLER
>First Assistant United States Attorney

By:   /s/ Segev Phillips
      Segev Phillips (OH: 0090144)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3877
      (216) 685-2378 (facsimile)
      Segev.Phillips@usdoj.gov